UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

E-FLORAL SOLUTIONS, INC.

    Debtor.
_____/
JACQUELINE CALDERIN AS CHAPTER 7
TRUSTEE,

    Plaintiff;

v.

BELLAFLOR GROUP, INC.,

    Defendant.

Case No. 13-19131-RAM

Chapter 7

Adversary Case No. 15-01277-RAM

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Bankruptcy Rule 9013-1, Defendant, Bellaflor Group, Inc., files this Unopposed Motion for Enlargement of Time to Respond to the Adversary Complaint and states as follows:

1. On May 15, 2015, undersigned counsel was retained in the referenced matter.

2. The undersigned needs additional time, up to and including June 11, 2015, to review the Complaint and to meet with his client to compose an accurate response to Plaintiff's Complaint.

3. This Motion is made in good faith and not for purposes of delay.

4. Opposing counsel, James B. Miller, does not oppose the relief sought in this Motion.

WHEREFORE, Defendant, Bellaflor Group, Inc., respectfully requests an extension of time to respond to the adversary Complaint up to and including June 11, 2015.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated:  May 21, 2015

Respectfully submitted,

/s/Jodi A. Pandolfi
Jodi A. Pandolfi
Florida Bar No. 102787
BAKER & MCKENZIE LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone:  (305) 789-8900
Facsimile:  (305) 789-8953

*ATTORNEY FOR BELLAFLOR GROUP, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jodi A. Pandolfi
Jodi A. Pandolfi

**SERVICE LIST**

Peter D. Spindel, Esq
PETER SPINDEL, ESQ. P.A.
Post office Box 66245
Miami, Florida 33116-6245
peterspindel@gmail.com
peterspindelcmecf@gmail.com
*Counsel for Debtor, Efrain M. Ruiz*

Bertis A. Echols, Esq.
EVANS PETREE, P.C.
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120-4036
bechols@evanspetree.com
sbruce@evanspetree.com
*Counsel for Creditor American Honda Finance Corporation*

Jacqueline Calderine, Esq.
EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive, Suite 300
Miami, Florida 33131-2624
calderintrustee@gmail.com
jcalderin@ecf.epiqsystems.com
jc@ecclegal.com
yruiz@ecclegal.com
*Chapter 7 Trustee*

Gerard M. Kouri, Jr., Esq.
GERARD M. KOURI, JR., P.A.
5311 King Arthur Avenue
Davie, Florida 33331
gmkouripaecf@gmail.com
gmkouri@bellsouth.net
gmkouri@aol.com
*Counsel for Creditor Daimler Trust*

James B. Miller, Esq.
JAMES B. MILLER, P.A.
19 West Flagler Street, Suite 416
Miami, Florida 33130
bkcmiami@gmail.com
jbm@title11law.com
*Counsel for Chapter 7 Trustee, Jacqueline Calderin*


Juan C. Zorilla, Esq.
ZORILLA & ASSOCIATES, P.L.
2600 Douglas Road, Penthouse 10
Coral Gables, Florida 33134
jcz@zgolaw.com
juancarlos.zorilla@hklaw.com
Pauline.brown@hklaw.com
eric.funt@hklaw.com
Melanie.ferguson@hklaw.com
*Counsel for Creditor Mercantil Commercebank, N.A.*


Office of the U.S. Trustee
51 S.W. First Avenue, Suite 1204
Miami, Florida 33130-1614
ustpregion21.mm.ecf@usdoj.gov


Efrain M. Ruiz, President
E-Floral Solutions, Inc.
5885 N.W. 108th Place
Doral, Florida 33178
via U.S. Mail


Dennis J. Levine, Esq.
David E. Hicks, Esq.
Alison Verges Walters, Esq.
DENNIS LEVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, Florida 33601-0707
courtinfo@bclaw.com
*Counsel for Creditor Ally Financial*


443948-v1\MIADMS