UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>E-FLORAL SOLUTIONS, INC.<br><br>      Debtor.<br>_____/<br>JACQUELINE CALDERIN AS CHAPTER 7 TRUSTEE,<br><br>      Plaintiff;<br><br>v.<br><br>BELLAFLOR GROUP, INC.,<br><br>      Defendant. | Case No. 13-19131-RAM<br><br>Chapter 7<br><br>Adversary Case No. 15-01277-RAM |

**ORDER ON UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

**THIS MATTER** having come before the Court on Defendant Bellaflor Group, Inc.'s Unopposed

Motion for Enlargement of Time to Respond to the Adversary Complaint.  This Court having

considered the Motion, being advised that counsel for Plaintiff does not oppose the relief sought in Defendant's Motion, and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The Defendant shall have through and including June 11, 2015, to respond to Plaintiff's Adversary Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2015.

_____
ROBERT A. MARK
UNITED STATES BANKRUPTCY JUDGE

443947-v1\MIADMS